UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD C HAYES,

    Plaintiff,

v.

STATE OF WASHINGTON,
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

CASE NO. 3:16-CV-05095-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: May 5, 2017

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant Tuan Duong's Motion for Judgment on the Pleadings and Defendants Sara Smith and Bernard Warner's Motion for Summary Judgment. Dkt. 124, 127. After review of the Motions, the Court recommends the Motions be denied as moot and Defendant Warner be dismissed from this action.

In the Motions, Defendants Duong, Smith, and Warner seek dismissal of the claims alleged against them in Plaintiff's Third Amended Complaint. *See* Dkt. 124, 127. On April 13,

2017, Plaintiff filed a Fourth Amended Complaint. Dkt. 140. The Court screened the Fourth Amended Complaint and directed all Defendants named in the Fourth Amended Complaint (Department of Corrections, Elizabeth Suiter, Amy Reyes, Sara Smith, and Tuan Duong) to file a response. *See* Dkt. 143.

An amended complaint supersedes the original complaint. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The original complaint is "treated thereafter as non-existent." *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012). The Motions attack the Third Amended Complaint, which is now "non-existent." *See* Dkt. 124, 127. Further, after review of the Fourth Amended Complaint, Plaintiff has requested dismissal of Defendant Warner and included additional facts relating to his claims against Defendants Duong and Smith. *See* Dkt. 33. Defendants Duong and Smith have therefore been ordered to respond to the Fourth Amended Complaint.

Accordingly, the undersigned recommends the Motions (Dkt. 124, 127) be denied as moot, but Defendants Duong and Smith be allowed to re-file dispositive motions based on the allegations contained in the Fourth Amended Complaint. *See Bacon v. Reyes*, 2013 WL 3893254 (D. Nev. July 26, 2013) (denying motion for summary judgment as moot based on the filing of an amended complaint); *Nelson v. City of Los Angeles*, 2015 WL 1931714, *22 (C.D. Cal. Apr. 28, 2015) (recommending summary judgment motions be denied without prejudice to their reassertion after the plaintiff was given leave to amend because the motions for summary judgment were based on the original complaint); *Farkas v. Gedney*, 2014 WL 5782788, *3 (D. Nev. Nov.6, 2014) ("[B]ecause granting [plaintiff's] motion for leave to amend will alter the scope of defendants' now-filed motion for summary judgment, defendants' motion for summary judgment is denied without prejudice, subject to re-filing based on the scope of the soon-to-be

amended complaint."); *Bromfield v. McBurney*, 2008 WL 623322, *2 (W.D. Wash. March 3, 2008) (recommending the defendants' motion to dismiss be denied as moot because an amended complaint was filed, which operated as a complete substitute for the original complaint).

Additionally, the undersigned recommends Defendant Warner be dismissed from this action because he is not named in the Fourth Amended Compliant and did plead a counterclaim in this case. *See* Fed. R. Civ. P. 41(a) (once defendant has responded to the complaint, the action may only be dismissed by stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that the court considers proper").

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on May 5, 2017, as noted in the caption.

Dated this 19th day of April, 2017.

David W. Christel
United States Magistrate Judge