UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD C. HAYES,<br><br>          Plaintiff,<br>   v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants. | CASE NO. C16-5095BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 144. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant Duong's Motion for Judgment on the Pleadings (Dkt. 124) and Defendants Smith and Warner's Motion for Summary Judgment (Dkt. 127) are **DENIED as moot**; and

(3)    Defendant Warner is **DISMISSED** from this action.

Dated this 23rd day of May, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER