UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD C HAYES,

    Plaintiff,

v.

STATE OF WASHINGTON,
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.

CASE NO. 3:16-CV-05095-BHS-DWC

ORDER

  The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff filed a "Motion for Sureply (sic) and Response to Document 259," wherein he files a surreply to Defendants' Reply to Plaintiff's Response to Defendants' Cross-Motion for Summary Judgment. Dkt. 262. Pursuant to Local Rule CR 7(g)(2), surreplies are limited to requests to strike material contained in or attached to a reply brief. "Extraneous argument or a surreply filed for any other reason will not be considered." *Id*; *see also Herrnandez v. Stryker Corp.*, 2015 WL 11714363, at *2 (W.D. Wash. Mar. 13, 2015). As Plaintiff does not request to strike material contained in Defendants' Reply

and as surreplies are not considered by this Court, the Motion (Dkt. 262) is denied. The Court will not consider Docket Entry 262 when ruling on Defendants' Cross-Motion for Summary Judgment.

Dated this 21st day of December, 2017.

David W. Christel
United States Magistrate Judge